*In re* ALEXIS IRIZARRY VEGA.

*Número:* TS-10,707          *Resuelto:* 27 de abril de 2001

*Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías,* en Informe Final; *Alexis Irizarry Vega, pro se,* peticionario.

## RESOLUCIÓN

El Tribunal se da por enterado de la moción informativa, de 31 de enero de 2001, presentada por la Directora de la Oficina de Inspección de Notarías.

Atendido lo expresado por el abogado Alexis Irizarry Vega en su moción para solicitar reinstalación a la profesión de abogado y a la notaría, de 28 de febrero de 2001, se declara con lugar la referida moción y en consecuencia se ordena su reinstalación. La Oficina de Inspección de Notarías deberá devolver al abogado su Protocolo, libro de notarías y sello notarial.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*